**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

JESSICA RENEE BOZEMAN,

Plaintiff,

v. CASE NO. 4:26cv318-RH-MAF

CITY OF TALLAHASSEE et al.,

Defendants.

_______________________________/

**ORDER DENYING THE MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The plaintiff's motions for a temporary restraining order and preliminary injunction are before the court on the magistrate judge's report and recommendation, ECF No. 20, and the objections, ECF Nos. 21 and 22. I have reviewed de novo the issues raised by the objections.

As a prerequisite to a temporary restraining order or preliminary injunction, a plaintiff must establish a substantial likelihood of success on the merits, that the plaintiff will suffer irreparable injury if the order or injunction does not issue, that the threatened injury outweighs whatever damage the order or injunction may cause a defendant, and that the order or injunction will not be adverse to the public

interest. *See*, *e.g.*, *Charles H. Wesley Educ. Found., Inc. v. Cox*, 408 F.3d 1349, 1354 (11th Cir. 2005); *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc).

The plaintiff's motions seek to block the defendant City of Tallahassee from euthanizing or taking other irreversible actions against specific animals. It apparently is undisputed that as of now, the surviving animals have been adopted and are not under the City's control. The plaintiff has not shown she or the animals will suffer irreparable harm between now and the time this case is resolved on the merits. This makes it unnecessary to address the other prerequisites to a temporary restraining order or preliminary injunction, including the likelihood of success on the merits. There also is no need to address the other grounds for denying relief set out in the report and recommendation.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motions for a temporary restraining order and preliminary injunction, ECF Nos. 3 and 8, are denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 21, 2026.

s/Robert L. Hinkle
United States District Judge